IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In re )
)
CHRIS PAPASARANTOU ) CASE NO. 16-14195 JDL
) CHAPTER 13
Debtor(s) )

PAY ADVICE COVER SHEET

The following income records / pay advices are filed on behalf of the Debtor(s):

_____  The following pay advices are attached:

Employer:                              Beginning Date         End Date



XXX   The debtor certifies by his / her signature that he / she has no pay records because:

Debtor is self employed. Profit and loss statements attached.

_____          _____
Debtor                                   Joint Debtor

Subscribed and sworn this the __2__ day of __Nov__, __2016__, by affiants:

__Chris Papasarantou__

_____
NOTARY PUBLIC

My commission expires: __10-8-18__

Respectfully submitted:

S/ MIKE ROSE
Mike Rose, OBA No. 15523
4101 Perimeter Center Drive, Suite 120
Oklahoma City, OK 73112
405 / 605-3757 telephone
405 / 605-3758 facsimile
mrose@coxinet.net
ATTORNEY FOR DEBTOR(S)

PROFIT AND LOSS STATEMENT: MONTH __4/2016__

GROSS INCOME: __4,420__

EXPENSES:
(only business related expenses)

gas         $100

supplies    300
+ galleries

TOTAL EXPENSES: __$400__

NET INCOME (gross income minus expenses) __4,020__

Total Gross    $63,560.00 ÷ 6 = $10,593.33
Total Expenses $2,075.00 ÷ 6 = $345.83

10,247.50
10,

PROFIT AND LOSS STATEMENT: MONTH  5/2016

GROSS INCOME:  $4,915

EXPENSES:
(only business related expenses)

gas       $125
supplies + 350
gallons

TOTAL EXPENSES:  $375

NET INCOME (gross income minus expenses)  $4,440

# PROFIT AND LOSS STATEMENT: MONTH  6/2016

GROSS INCOME:  5,500

EXPENSES:
(only business related expenses)

gas  $50

supplies & 300
patterns

TOTAL EXPENSES:  $350

NET INCOME (gross income minus expenses)  5,150

**PROFIT AND LOSS STATEMENT: MONTH** 7/2016

**GROSS INCOME:** $37,100

**EXPENSES:**
(only business related expenses)

gas $50

supplies + galleries $150

**TOTAL EXPENSES:** $200

**NET INCOME** (gross income minus expenses) $36,900

PROFIT AND LOSS STATEMENT: MONTH  8/2016

GROSS INCOME:  8,025

EXPENSES:
(only business related expenses)

gas  $25

supplies  $250
galleries

TOTAL EXPENSES:  $275

NET INCOME (gross income minus expenses)  $7750

## PROFIT AND LOSS STATEMENT: MONTH  9/2016

GROSS INCOME: _____3,600_____

EXPENSES:
(only business related expenses)

gas - $75

supplies + galleries  $400

TOTAL EXPENSES: _____$475_____

NET INCOME (gross income minus expenses) _____$3,125_____