IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CHRIS PAPASARANTOU | ) | CASE NO. 16-14195 JDL |
| | ) | CHAPTER 13 |
| DEBTOR | ) | |

### NOTICE OF FILING CHAPTER 13 PLAN

COMES NOW Debtor and submits his Chapter 13 Plan.

Respectfully submitted:

S/ MIKE ROSE
Michael J. Rose, OBA#15523
4101 Perimeter Center Drive
Suite 120
Oklahoma City, OK 73112
(405) 605-3757 telephone
(405) 605-3758 facsimile
mrose@coxinet.net
ATTORNEY FOR DEBTOR(S)

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 11-2-16, a true and correct copy of the foregoing Chapter 13 Plan was served via U.S. First Class mail on the following:

    All creditors on the attached mailing matrx

S/ MIKE ROSE
Mike Rose

1

# United States Bankruptcy Court
## Western District of Oklahoma

In re **Chris Nick Papasarantou**                                         Case No. **16-14195**
                                    Debtor(s)                            Chapter **13**

## CHAPTER 13 PLAN

1. <u>Payments to the Trustee</u>: The future earnings or other future income of the Debtor is submitted to the supervision and control of the trustee. The Debtor (or the Debtor's employer) shall pay to the trustee the sum of **$1,000.00 for one month and then 4,000.00** per month for **59** months.

2. <u>Plan Length</u>: This plan is estimated to be for **60** months.

3. Allowed claims against the Debtor shall be paid in accordance with the provisions of the Bankruptcy Code and this Plan.

   a. Secured creditors shall retain their mortgage, lien or security interest in collateral until the earlier of (a) the payment of the underlying debt determined under nonbankruptcy law, or (b) discharge under 11 U.S.C. § 1328.

   b. Creditors who have co-signers, co-makers, or guarantors ("Co-Obligors") from whom they are enjoined from collection under 11 U.S.C. § 1301, and which are separately classified and shall file their claims, including all of the contractual interest which is due or will become due during the consummation of the Plan, and payment of the amount specified in the proof of claim to the creditor shall constitute full payment of the debt as to the Debtor and any Co-Obligor.

   c. All priority creditors under 11 U.S.C. § 507 shall be paid in full in deferred cash payments.

4. From the payments received under the plan, the trustee shall make disbursements as follows:

   a. Administrative Expenses
      (1) Trustee's Fee:   **10.00%**
      (2) Attorney's Fee (unpaid portion):   **$3,000.00 to be paid through plan in monthly payments**
      (3) Filing Fee (unpaid portion):   **NONE**

   b. Priority Claims under 11 U.S.C. § 507

      (1) Domestic Support Obligations: none

      (2) Other Priority Claims.

      | Name | Amount of Claim |
      |---|---|
      | Internal Revenue Service | unknown |
      | Oklahoma Tax Commission | unknown |

   c. Secured Claims

      (1) Pre-Confirmation Adequate Protection Payments shall be made pursuant to the Court's Local Chapter 13 Guidelines.

      (2) Secured Debts Which Will Not Extend Beyond the Length of the Plan

      | Name | Proposed Amount of Allowed Secured Claim | Minimum Monthly Adequate Protection Payment | Interest Rate (If specified) |
      |---|---|---|---|
      | Arvest Bank | 22,684.00 | 400.00 | 6.00% |

      (3) Secured Debts Which Will Extend Beyond the Length of the Plan

      | Name | Amount of Claim | Monthly Payment |
      |---|---|---|
      | Nationstar Mortgage Ll | 275,948.00 | 2,313.00 |

d.     General Nonpriority Unsecured: Other unsecured debts shall be paid 0 cents on the dollar and paid pro rata, with no interest if the creditor has no Co-obligors, provided that where the amount or balance of any unsecured claim is less than $10.00 it may be paid in full.

5. The Debtor proposes to cure defaults to the following creditors by means of monthly payments by the trustee:

| Creditor | Amount of Default to be Cured | Interest Rate (If specified) |
|---|---|---|
| Nationstar Mortgage LI | 30,000.00 | 4.00% |

Date   **November 2, 2016**      Signature   **/s/ Chris Nick Papasarantou**
                                                                      Chris Nick Papasarantou
                                                                      Debtor

S/ MIKE ROSE
Michael J Rose, OBA No. 15523
MICHAEL J ROSE PC
4101 Perimeter Center Drive, Suite 120
Oklahoma City, OK 73112
405 605 3757 p
405 605 3758 f
mrose@coxinet.net
ATTORNEY FOR DEBTOR(S)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1087-5<br>Case 16-14195<br>Western District of Oklahoma<br>Oklahoma City<br>Wed Nov  2 16:03:25 CDT 2016 | USBC Western District of Oklahoma<br>215 Dean A. McGee<br>Oklahoma City, OK 73102-3426 | Acct Mgmt Resources Ll<br>2915 N Classen Blvd<br>Oklahoma City OK 73106-5400 |
| Arvest Bank<br>201 Ne A St<br>Bentonville AR 72712-5346 | Caine & Weiner<br>Po Box 5010<br>Woodland Hills CA 91365-5010 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Cb/vicscrt<br>Po Box 182789<br>Columbus OH 43218-2789 | Chase Card<br>Po Box 15298<br>Wilmington DE 19850-5298 | Com Serv Grp/Sterling Payment Tech<br>P.O. Box 20427<br>Tampa FL 33633-0001 |
| Fms Inc<br>4915 S Union Ave<br>Tulsa OK 74107-7839 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Nationstar Mortgage Ll<br>350 Highland<br>Houston TX 77009-6623 |
| Oklahoma Tax Commission<br>Attn: Bankruptcy Division<br>120 N Robinson Ste 2000<br>Oklahoma City OK 73102-7471 | Oklahoma Tax Commission<br>General Counsel's Office<br>100 N. Broadway Ave., Suite 1500<br>Oklahoma City, OK 73102-8601 | Shapiro & Cejda, LLC<br>770 NE 63rd St<br>Oklahoma City OK 73105-6423 |
| Springleaf<br>Po Box 64<br>Evansville IN 47701-0064 | Syncb/samsclub Commerc<br>P.o. Box 965005<br>Orlando FL 32896-5005 | US Attorney's Office/Oklahoma<br>210 Park Ave., #400<br>Oklahoma City OK 73102-5628 |
| United States Trustee<br>United States Trustee<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102-3479 | Chris Nick Papasarantou<br>8514 N Georgia Ave<br>Oklahoma City, OK 73114-1217 | John T. Hardeman<br>PO Box 1948<br>Oklahoma City, OK 73101-1948 |
| Mike J Rose<br>4101 Perimeter Center Drive<br>Suite 120<br>Oklahoma City, OK 73112-2309 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond VA 23238 | Internal Revenue Service<br>PO Box 745<br>District Director<br>Chicago IL 60690 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nationstar Mortgage LLC

End of Label Matrix
Mailable recipients    21
Bypassed recipients     1
Total                  22