# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

IN RE: Chris N. Papasarantou  )
_____ )  BK- 16-14195 _____ JDL
_____ )
       Debtor(s).              )  Chapter 13

## TRUSTEE'S OBJECTION AND/OR
## REQUEST FOR SETTING OF HEARING ON CONFIRMATION

The Chapter 13 Trustee hereby requests this court set the above-styled matter for a confirmation hearing, and for cause therefore would state:

☒ Trustee objects to confirmation
    ☒ The proposed plan is not feasible    ☒ Terms must increase    ❏ Per I & J _____
    ☒ Plan Payments are not current    ❏ Filing fee not paid in full    ❏ DSO information not provided
    ❏ Plan fails to pay general unsecured pursuant to means test _____
    ❏ Certificate of service ❏ not provided or ❏ time has not run
    ☒ 60 days pay vouchers not provided NFSP PgL's    ☒ Means test not calculated
    ☒ All debts not provided for IRS P/C, S/C, OTC S/C
    ☒ Plan was not proposed in good faith ❏ Paying for item(s) not necessary for reorganization

Rslvd   ☒ Tax returns not provided ❏ Plan fails to pay liquidation value _____
    ❏ Debtor(s) are above median income and plan not proposed for 60 months
    ☒ Oklahoma Tax Commission objects to confirmation ☒ Unfiled returns for 2013 → 2015
    ☒ Internal Revenue Service objects to confirmation ☒ Unfiled returns for 2013 → 2015
    ❏ Creditor in attendance objects to confirmation _____
    ❏ Written objection filed by _____
    ❏ Other _____

❏ Any dismissal shall be requested with prejudice

If the case is not confirmed, the Trustee requests dismissal and any other relief the court deems just.

DATE: 12/22/16

Respectfully submitted,

*[signature]*
John Hardeman
Chapter 13 Trustee

cc: Original filed with Clerk
    Debtor(s) Attorney

*********************************************************************

## NOTICE OF HEARING

Pursuant to Trustee's Request for Setting of Hearing on Confirmation, this case will be set for a Confirmation Hearing on 1/24/17, at 8:35 a.m. in the Second Floor Courtroom, before the Honorable Janice D. Loyd. The Clerk of the Court will provide proper notice thereof in compliance with the applicable rules of procedure. **Any party desiring to be heard at the Confirmation Hearing must file a written objection no later than twenty days after the conclusion of the § 341 Meeting of Creditors. Loc. R. Bankr. P. 3015(e)(1) and (e)(3).**