UNITED STATES BANKRUPTCY COURT
Western District of Oklahoma

**Case No.: 16–14195**
**Chapter: 13**

**FILED**
Dec. 23, 2016
Grant E. Price, Clerk
U.S. Bankruptcy Court
Western District of Oklahoma

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address)*:
Chris Nick Papasarantou
8514 N Georgia Ave
Oklahoma City, OK 73114

Social Security No.:
xxx–xx–4763

Employer's Tax I.D. No.:

# NOTICE OF CHAPTER 13 PLAN CONFIRMATION HEARING

Chapter 13 Plan filed:  November 2, 2016

Documents have been filed with the Court seeking to Confirm the Chapter 13 Plan. A confirmation hearing will be held pursuant to 11 U.S.C 1324 on **January 24, 2017** at **08:35AM** in the **2nd Floor Courtroom, 215 Dean A. McGee Avenue, Oklahoma City, OK**

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this case. (If you do not have an attorney, you may wish to consult one.)

A proposed chapter 13 plan has been filed in the above captioned case and a copy has been mailed to you. The Court will consider confirmation of this plan during this scheduled hearing.

If you do not want the Court to confirm the Plan, or if you want the Court to consider your views on the plan, then you must file a written response to confirmation of the plan explaining your position. The response must be filed with the Court Clerk and served no later than twenty (20) days after the conclusion of the Section 341 meeting of creditors, or a later date as set by the Court.

Failure to properly file and serve a written objection or to raise the properly filed and served written objections during the confirmation hearing may result in the striking of your response and in confirmation of the proposed plan without further notice to you.

Dated:  **December 23, 2016**

U.S. Bankruptcy Court
Western District of Oklahoma
215 Dean A. McGee Avenue
Oklahoma City, OK 73102

FOR THE COURT
**Grant E. Price**
Court Clerk

By: s/ Susann Nettleton
Deputy Clerk