IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
|     CHRIS NICK PAPASARANTOU, | ) | BK 16-14195-JDL |
| | ) | Chapter 13 |
|                 Debtor. | ) | |
| | ) | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Mark A. Yancey, United States Attorney for the Western District of Oklahoma, through Kay Sewell, Assistant United States Attorney, enters his appearance as attorney of record for the United States of America, *ex rel.*, Internal Revenue Service (IRS), in the above-captioned case.

Request is hereby made, pursuant to Rule 2002(j) of the Bankruptcy Rules that all Notices given or required to be given in this case and all papers, pleadings, motions and applications served or required to be served in this case, shall be directed to and served upon the undersigned.

                                                  Respectfully submitted,

                                                   MARK A. YANCEY
                                                   United States Attorney

                                                 *s/Kay Sewell*
                                                 KAY SEWELL, OBA#10778
                                                 Assistant U.S. Attorney
                                                 210 W. Park Avenue, Suite 400
                                                 Oklahoma City, OK  73102
                                                 (405) 553-8807 (office)
                                                 (405) 553-8885 (fax)
                                                 E-mail: Kay.Sewell@usdoj.gov

## **CERTIFICATE OF SERVICE**

X   I hereby certify that on December 23, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of Court will transmit a notice of Electronic Filing to the ECF registrants in this case, including:

  Mike Rose,
  Attorney for Debtor

  L. Ruschenberg, Esq.
  Attorney for the Chapter 13 Trustee

  U.S. Trustee's Office

Notice by first class mail has been sent to the following recipients:

  None

                      *s/Kay Sewell*
                      KAY SEWELL, OBA#10778
                      Assistant U.S. Attorney
                      210 W. Park Avenue, Suite 400
                      Oklahoma City, OK  73102
                      (405) 553-8807 (office)
                      (405) 553-8885 (fax)
                      E-mail: Kay.Sewell@usdoj.gov