## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                                          )
                                                )
CHRIS PAPASARANTOU                              )       CASE NO. 16-14195 JDL
                                                )       CHAPTER 13
            DEBTOR                              )

### NOTICE OF FILING AMENDED CHAPTER 13 PLAN

COMES NOW Debtor and submits his Amended Chapter 13 Plan.


Respectfully submitted:

S/ MIKE ROSE
MICHAEL J ROSE PC
Michael J. Rose, OBA#15523
4101 Perimeter Center Drive, Suite 120
Oklahoma City, OK 73112
(405) 605-3757 telephone
(405) 605-3758 facsimile
mrose@coxinet.net
ATTORNEY FOR DEBTOR(S)


### CERTIFICATE OF SERVICE

Undersigned certifies that on 1-23-17, the foregoing Chapter 13 Plan was served, via United States Mail, 1st Class postage pre-paid, and properly addressed to the following:

ALL CREDITORS ON THE ATTACHED MAILING MATRIX


s/ MIKE ROSE
Mike Rose

1

# United States Bankruptcy Court
## Western District of Oklahoma

In re    **Chris Nick Papasarantou**

Debtor(s)

Case No.    **16-14195**

Chapter    **13**

## CHAPTER 13 PLAN

1. Payments to the Trustee: The future earnings or other future income of the Debtor is submitted to the supervision and control of the trustee. The Debtor (or the Debtor's employer) shall pay to the trustee the sum of **$1,000.00 for one month and then 4,000.00** per month for **59** months.

2. Plan Length: This plan is estimated to be for **60** months.

3. Allowed claims against the Debtor shall be paid in accordance with the provisions of the Bankruptcy Code and this Plan.

   a. Secured creditors shall retain their mortgage, lien or security interest in collateral until the earlier of (a) the payment of the underlying debt determined under nonbankruptcy law, or (b) discharge under 11 U.S.C. § 1328.

   b. Creditors who have co-signers, co-makers, or guarantors ("Co-Obligors") from whom they are enjoined from collection under 11 U.S.C. § 1301, and which are separately classified and shall file their claims, including all of the contractual interest which is due or will become due during the consummation of the Plan, and payment of the amount specified in the proof of claim to the creditor shall constitute full payment of the debt as to the Debtor and any Co-Obligor.

   c. All priority creditors under 11 U.S.C. § 507 shall be paid in full in deferred cash payments.

4. From the payments received under the plan, the trustee shall make disbursements as follows:

   a. Administrative Expenses
   (1) Trustee's Fee:    **10.00%**
   (2) Attorney's Fee (unpaid portion):    **$3,000.00 to be paid through plan in monthly payments**
   (3) Filing Fee (unpaid portion):    **NONE**

   b. Priority Claims under 11 U.S.C. § 507

   (1) Domestic Support Obligations: none

   (2) Other Priority Claims.

   | Name | Amount of Claim |
   | --- | --- |
   | **Internal Revenue Service** | **unknown** |
   | **Oklahoma Tax Commission** | **unknown** |

   c. Secured Claims

   (1) Pre-Confirmation Adequate Protection Payments shall be made pursuant to the Court's Local Chapter 13 Guidelines.

   (2) Secured Debts Which Will Not Extend Beyond the Length of the Plan

   | Name | Proposed Amount of Allowed Secured Claim | Minimum Monthly Adequate Protection Payment | Interest Rate (If specified) |
   | --- | --- | --- | --- |
   | **Arvest Bank** | **22,684.00** | **400.00** | **6.00%** |
   | **Arvest Bank** | **1,800.00** | **100.00** | **6.00%** |

   (3) Secured Debts Which Will Extend Beyond the Length of the Plan

   | Name | Amount of Claim | Monthly Payment | Interest Rate (If specified) |
   | --- | --- | --- | --- |
   | **Nationstar Mortgage Ll** | **275,948.00** | **2,313.00** | **0.00%** |

11/02/16 11:49AM

d.  General Nonpriority Unsecured: Other unsecured debts shall be paid 0 cents on the dollar and paid pro rata, with no interest if the creditor has no Co-obligors, provided that where the amount or balance of any unsecured claim is less than $10.00 it may be paid in full.

5.  The Debtor proposes to cure defaults to the following creditors by means of monthly payments by the trustee:

| Creditor | Amount of Default to be Cured | Interest Rate (If specified) |
|---|---|---|
| **Nationstar Mortgage LI** | **30,000.00** | **4.00%** |

Signature    /s/ Chris Nick Papasarantou
             Chris Nick Papasarantou
             Debtor

1-20-17

S/ MIKE ROSE
Michael J Rose, OBA No. 15523
MICHAEL J ROSE PC
4101 Perimeter Center Drive, Suite 120
Oklahoma City, OK 73112
405 605 3757 p
405 605 3758 f
mrose@coxinet.net
ATTORNEY FOR DEBTOR(S)

Label Matrix for local noticing
1087-5
Case 16-14195
Western District of Oklahoma
Oklahoma City
Wed Nov  2 16:03:25 CDT 2016

USBC Western District of Oklahoma
215 Dean A. McGee
Oklahoma City, OK 73102-3426

Acct Mgmt Resources Ll
2915 N Classen Blvd
Oklahoma City OK 73106-5400

Arvest Bank
201 Ne A St
Bentonville AR 72712-5346

Caine & Weiner
Po Box 5010
Woodland Hills CA 91365-5010

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Cb/vicscrt
Po Box 182789
Columbus OH 43218-2789

Chase Card
Po Box 15298
Wilmington DE 19850-5298

Com Serv Grp/Sterling Payment Tech
P.O. Box 20427
Tampa FL 33633-0001

Fms Inc
4915 S Union Ave
Tulsa OK 74107-7839

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Nationstar Mortgage Ll
350 Highland
Houston TX 77009-6623

Oklahoma Tax Commission
Attn: Bankruptcy Division
120 N Robinson Ste 2000
Oklahoma City OK 73102-7471

Oklahoma Tax Commission
General Counsel's Office
100 N. Broadway Ave., Suite 1500
Oklahoma City, OK 73102-8601

Shapiro & Cejda, LLC
770 NE 63rd St
Oklahoma City OK 73105-6423

Springleaf
Po Box 64
Evansville IN 47701-0064

Syncb/samsclub Commerc
P.o. Box 965005
Orlando FL 32896-5005

US Attorney's Office/Oklahoma
210 Park Ave., #400
Oklahoma City OK 73102-5628

United States Trustee
United States Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102-3479

Chris Nick Papasarantou
8514 N Georgia Ave
Oklahoma City, OK 73114-1217

John T. Hardeman
PO Box 1948
Oklahoma City, OK 73101-1948

Mike J Rose
4101 Perimeter Center Drive
Suite 120
Oklahoma City, OK 73112-2309

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One Bank Usa N
15000 Capital One Dr
Richmond VA 23238

Internal Revenue Service
PO Box 745
District Director
Chicago IL 60690