UNITED STATES BANKRUPTCY COURT
WESTEN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| CHRIS PAPASARANTOU | ) | CASE NO. 16-14195 NLJ |
| | ) | CHAPTER 13 |
| DEBTOR(S) | ) | |

## MOTION FOR COMPENSATION AND BRIEF IN SUPPORT
## WITH NOTICE AND OPPORTUNITY FOR HEARING

COMES NOW Applicant Michael J. Rose and requests that this Court issue an order authorizing payment of compensation in this case. In support, Applicant states as follows.

1. This case was filed 10-19-16. The case was dismissed prior to confirmation because Debtor failed to make all payments due under the plan and failed to provided requested tax returns.

2. Applicant has provided a benefit to the bankruptcy estate and to Debtor. The work performed by Applicant was necessary at the time at which the work was performed, and was performed in a reasonable amount of time commensurate with the complexity, importance, and nature of the tasks. The work was performed at Debtor's request and for his benefit. 11 USC 330(A)(4)(2)(B).

3. Applicant has provided professional services in this case and is entitled to compensation pursuant to 11 U.S.C. 330(4)(B) and *In re Zamora*, 251 BR 591 (D.Colo.2000); *In re Seneca Oil*, 65 BR 902 (Brktcy.W.D.Okla.1986); *In re Vista Foods, USA, Inc.*, 234 BR 121 (Bkrtcy.W.D.Okla. 1999); *In re Ingersoll*, 238 BR 202 (D.Colo.1999); *Matter of Kindhart*, 160 F.3d 1176 (7th Cir.1998).

4. Undersigned counsel was paid $500 prior to filing the instant case. Undersigned counsel requests that the Court order he be paid $1,250.00 from funds on hand with the Chapter 13

Trustee, pursuant to applicable law and the Court's Local Chapter 13 Guidelines, to the extent that such funds are available.

WHEREFORE, premises considered, Applicant respectfully requests that this Court enter an order approving the payment of fees for professional services in the amount of $1,250.00, and that such funds be paid to Applicant pursuant to the Court's Local Chapter 13 Guidelines to the extent such funds are available from the Chapter 13 Trustee.

Respectfully submitted:

S/ MIKE ROSE
Michael J. Rose, OBA No. 15523
MICHAEL J ROSE PC
4101 Perimeter Center Drive, Suite 120
Oklahoma City, OK 73112
(405) 605-3757 telephone
(405) 605-3758 facsimile
mrose@coxinet.net
ATTORNEY FOR DEBTOR


## NOTICE OF OPPORTUNITY FOR HEARING

**Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document**. If you do not want to the Court to grant the relief requested, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Ave., Oklahoma City, OK 73102, no later than 21 days from the date of filing of this request for relief. You should also serve a file-stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice.
**The 21 day period includes the three (3) days allowed for mailing provided for in Bankruptcy Rule 9006(f)**

## **CERTIFICATE OF SERVICE**

Undersigned further certifies that on 1-26-17, the foregoing Motion for Compensation was served, via United States Mail, 1st class postage pre-paid, and properly addressed to the following:

All creditors on the attached mailing matrix

                                                         s/ MIKE ROSE
                                                         Mike Rose

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1087-5<br>Case 16-14195<br>Western District of Oklahoma<br>Oklahoma City<br>Thu Jan 26 12:18:25 CST 2017 | Oklahoma Tax Commission<br>General Counsel's Office<br>100 N. Broadway Ave., Ste 1500<br>Oklahoma City, OK 73102-8601 | United States of America, ex. rel., Internal<br>210 Park Ave., Ste. 400<br>Oklahoma City, OK 73102-5602 |
| USBC Western District of Oklahoma<br>215 Dean A. McGee<br>Oklahoma City, OK 73102-3426 | Acct Mgmt Resources Ll<br>2915 N Classen Blvd<br>Oklahoma City OK 73106-5400 | Arvest Bank<br>201 Ne A St<br>Bentonville AR 72712-5346 |
| Arvest Bank<br>4600 SE 29th St, Suite 420<br>Del City, OK 73115-3430 | Caine & Weiner<br>Po Box 5010<br>Woodland Hills CA 91365-5010 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Cb/vicscrt<br>Po Box 182789<br>Columbus OH 43218-2789 | Chase Card<br>Po Box 15298<br>Wilmington DE 19850-5298 | Com Serv Grp/Sterling Payment Tech<br>P.O. Box 20427<br>Tampa FL 33633-0001 |
| Fms Inc<br>4915 S Union Ave<br>Tulsa OK 74107-7839 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Nationstar Mortgage Ll<br>350 Highland<br>Houston TX 77009-6623 |
| Oklahoma Tax Commission<br>Attn: Bankruptcy Division<br>120 N Robinson Ste 2000<br>Oklahoma City OK 73102-7471 | Shapiro & Cejda, LLC<br>770 NE 63rd St<br>Oklahoma City OK 73105-6423 | Springleaf<br>Po Box 64<br>Evansville IN 47701-0064 |
| Syncb/samsclub Commerc<br>P.o. Box 965005<br>Orlando FL 32896-5005 | US Attorney's Office/Oklahoma<br>210 Park Ave., #400<br>Oklahoma City OK 73102-5628 | United States Trustee<br>United States Trustee<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102-3479 |
| Chris Nick Papasarantou<br>8514 N Georgia Ave<br>Oklahoma City, OK 73114-1217 | John T. Hardeman<br>PO Box 1948<br>Oklahoma City, OK 73101-1948 | Mike J Rose<br>4101 Perimeter Center Drive<br>Suite 120<br>Oklahoma City, OK 73112-2309 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond VA 23238 | Internal Revenue Service<br>PO Box 745<br>District Director<br>Chicago IL 60690 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Nationstar Mortgage LLC | (d)Oklahoma Tax Commission<br>General Counsel's Office<br>100 N. Broadway Ave., Suite 1500<br>Oklahoma City, OK 73102-8601 | End of Label Matrix<br>Mailable recipients    23<br>Bypassed recipients     2<br>Total                  25 |